JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Bld. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Skyler.pearson@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>QUINTILANO GUSTAVO MONTES,<br><br>    Defendant. | Case No. 2:23-mj-00455-BNW<br><br>**MOTION TO DISMISS** |

On May 25, 2023, the United States filed a complaint against Quintilano Gustavo Montes, ("defendant") for (1) operating a motor vehicle under the influence of alcohol, a violation of 36 C.F.R. § 4.23(a)(1); (2) refusal to submit to a chemical test, a violation of 36 C.F.R. § 4.23(c)(2); and (3) open container of alcoholic beverage, a violation of 36 C.F.R. § 4.14(b).

On July 24, 2024, the parties entered into a plea agreement. Montes pleaded guilty to count three. The government dismissed counts one and two. The parties jointly recommended that the defendant be sentenced to a fine of $250. Upon proof of payment of the fine, the government would move to dismiss count three. The Court sentenced defendant in accordance with the parties' recommendation.

1  On July 24, 2024, Assistant Federal Public Defender Matthews provided proof of
2  the $250 payment. Based on the proof of the payment of the fine, the government moves
3  to dismiss count three of the complaint and close this case.
4  DATED this 28th day of July, 2024.

6  RENE L. VALLADARES  
   Federal Public Defender

   JASON M. FRIERSON  
   United States Attorney

8  By /s/ Keisha Matthews  
   KEISHA K. MATTHEWS  
   Assistant Federal Public Defender

   By /s/ Skyler H. Pearson  
   SKYLER H. PEARSON  
   Assistant United States Attorney

**DATED:** 8/22/2024

**UNITED STATES MAGISTRATE JUDGE**

2